```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE JENKINS,

                       Plaintiff,

-against-

NYCHA and JOHN DOE,

                       Defendants.

**ORDER**

21-CV-10364 (AT) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

       On March 15, 2022, this Court held an initial case management conference. Defendant NYCHA represented that it had searched for the John Doe who allegedly entered Plaintiff's apartment to fix the heat, but had determined that notwithstanding Plaintiff's allegations, there was no person who entered Plaintiff's apartment when she was not there. Accordingly, there is no person to substitute for the John Doe named in the complaint.

       Defendants requested permission to file a motion to dismiss. Accordingly, the Court set the following briefing schedule: Defendant's motion due April 15, 2022; Plaintiff's opposition due May 16, 2022; Defendant's reply due May 31, 2022.

       Discovery is stayed pending the outcome of the motion.

       **The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff.**

Dated: New York, New York
       March 15, 2022

                                            SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge

2