UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE JENKINS,

Plaintiff,

-against-

NYCHA and JOHN DOE,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2022

**ORDER**

**21-CV-10364 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On March 15, 2022, the Court set the following briefing schedule for Defendant's motion to dismiss:  Defendant's motion due April 15, 2022; Plaintiff's opposition due May 16, 2022; Defendant's reply due May 31, 2022.  (ECF No. 16.)

Defendant NYCHA filed its motion to dismiss on April 6, 2022.  (ECF No. 17.)  Plaintiff did not file an opposition.

In light of Plaintiff's pro se status, the Court grants Plaintiff an extension *nunc pro tunc* to file an opposition to Defendant's motion to dismiss.  Plaintiff's opposition to Defendant's motion to dismiss is now due on **Tuesday, August 23, 2022**.  Defendant's reply is due **Tuesday, September 6, 2022**.  If Plaintiff does not file an opposition by August 23, 2022, the Court will decide the motion to dismiss unopposed.

Plaintiff is reminded that she may review the numerous resources available to pro se litigants at https://www.nysd.uscourts.gov/prose.

 **The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff.**

Dated: New York, New York
        August 2, 2022

                                        SO ORDERED.

                                        _Katharine H Parker_____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge