```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _10/31/2022_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE JENKINS,

                Plaintiff,

-against-                               21 Civ. 10364 (AT) (KHP)

NYCHA and JOHN DOE,                       **ORDER**

                Defendants.

ANALISA TORRES, District Judge:

      Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 23, of the Honorable Katharine H. Parker, the Court reviewed the R&R for clear error and found none. *Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

      The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendant New York City Housing Authority's motion to dismiss the complaint is GRANTED. Plaintiff's claims are DISMISSED, without prejudice. By **November 14, 2022**, Plaintiff may move for leave to amend her complaint.

      The Clerk of Court is directed to terminate the motion at ECF No. 17 and mail a copy of this order to Plaintiff *pro se*.

      SO ORDERED.

Dated:  October 31, 2022
           New York, New York

_____
ANALISA TORRES
United States District Judge