UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE JENKINS,

                Plaintiff,

-against-

NYCHA and JOHN DOE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/15/2022_____

21 Civ. 10364 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

On October 31, 2022, the Court adopted the Report and Recommendation of the Honorable Katharine H. Parker, ECF No. 23, granting Defendant New York City Housing Authority's motion to dismiss the complaint. ECF No. 24. The Court dismissed Plaintiff's claims without prejudice and allowed Plaintiff to move for leave to amend her complaint by **November 14, 2022**. *Id.* Plaintiff did not do so by the deadline.

By **November 23, 2022**, Plaintiff may move for leave to amend her complaint. Failure to amend shall result in dismissal for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: November 15, 2022
      New York, New York

ANALISA TORRES
United States District Judge