USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/4/2023_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE JENKINS,

                Plaintiff,

-against-

NYCHA and JOHN DOE,

                Defendants.

21 Civ. 10364 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 29, 2022, the Court ordered Plaintiff *pro se*, Arlene Jenkins, to show cause in writing why the Court should not dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute by December 6, 2022. ECF No. 26. Plaintiff's submission is months overdue. Accordingly, by **April 18, 2023**, Plaintiff shall file her submission. Failure to respond will result in dismissal of this case.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: April 4, 2023
       New York, New York

ANALISA TORRES
United States District Judge